filed December 30, 1948; released for publication January 21, 1949. Scott, MacLeish & Falk, for appellant; Clifford C. Pratt and Joseph A. Dubbs, of counsel; Arthur A. Basse, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

## Mollie Laffer, Appellee, v. Hartford Fire Insurance Company, Appellant.

### Gen. No. 44,140.

opinion filed December 30, 1948; released for publication January 18, 1949. Myers & Snerly and J. E. Loeb, for appellant; Dent, Weichelt & Hampton, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.

## Frank Kobe et al., Appellees, v. Josephine Kobe Haskett, et al., Defendants. Josephine Kobe Haskett, Appellant.

### Gen. No. 44,166.